IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16 C 11074 |
| ) | |
| FUNDS IN THE AMOUNT OF ) | |
| $43,408 IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

This action, in which the United States seeks forfeiture of funds in the amount of $43,408, has just resulted in the government's motion for entry of a stipulated decree (Dkt. No. 16). In accordance with the stipulated settlement agreement, funds in the amount of $7,500 will be returned to claimant Kieanna Isabel Serna and $35,908 is forfeited to the United States. This Court retains jurisdiction over this action in order to implement and enforce the parties' Stipulated Agreement.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 12, 2017